IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTOPHER GORDON, #09-R-3937     *

         Petitioner     *

    v.     *     CIVIL ACTION NO. L-10-1889

CLERK OF THE COURT     *

         Defendant     *

         ***

## **MEMORANDUM**

On July 6, 2010, the Court received for filing Christopher Gordon's ("Gordon") letter seeking to be provided documents regarding an indictment, information, or complaint "now pending in your court against me."[1] Docket No. 1 at 2. Gordon, who is confined at the Watertown Correctional Facility in Watertown, New York, asks to be provided the information under the New York State Freedom of Information law. Id. at 1.

The request has been construed as made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. Federal courts and the clerks offices that receive court pleadings are not "agencies" covered under the FOIA. Indeed, the FOIA does not apply to courts of the United States. See 28 U.S.C. § 551; Smith v. United States District Court for the Southern District of

---

[1] Gordon sites to a grand theft case in the "Seventh Judicial Circuit." The 7th Judicial Circuit is a judicial circuit in the State of Maryland encompassing Calvert, Charles, Prince George's and St. Mary's Counties. It would, therefore, appear that Gordon is seeking information concerning state, not federal, criminal proceedings. He is not without recourse. Under Maryland law, he may seek the information by filing a request with the court administrator and then file a complaint with the appropriate State circuit court, if he is refused the requested information. See Md. Code Ann., State Government, § 10-622, et al.

Illinois, 956 F.2d 647, 649 n.1 (7th Cir. 1992); see also Cook v. Willingham, 400 F. 2d 885, 885-86 (10th Cir. 1968); Harris v. United States, 121 F. R. D. 652, 654 (W.D. N. C. 1988). Therefore, Gordon's FOIA request shall be dismissed by separate Order.[2]

July 15, 2010

/s/
_____
Benson Everett Legg
United States District Judge

---

[2] Gordon did not file the $350.00 civil filing fee or a motion for leave to proceed in forma pauperis. In light of the dismissal of this matter, he shall not be required to cure this deficiency.